UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>EDWIN MANON ARIAS,<br><br>                    Defendant. | 22-CR-495 (PAE)<br><br>SCHEDULING ORDER |

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference, the Court sets the following schedule:

- The next conference in this case is scheduled for **May 3, 2023** at **11:00 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.
- Time is excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A), until **May 3, 2023**.
- Trial is scheduled for **June 12, 2023**.

SO ORDERED.

                                        _____
                                        PAUL A. ENGELMAYER
                                        United States District Judge

Dated: March 31, 2023
       New York, New York