**Federal Defenders**
OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District
Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

April 28, 2023

**By ECF**
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

Re:   **United States v Edwin Manon Arias**
      **22 Cr. 495 (PAE)**

Dear Judge Engelmayer:

    I write on behalf of the parties to provide a status update in the above-captioned case and to request, with the consent of the Government, an adjournment of the May 3, 2023, pre-trial conference to the week of May 15, 2023 (but not May 17, 2023).

    Yesterday evening, following robust plea negotiations over the past several months, the Government transmitted a written plea offer to a violation of 21 U.S.C. § 841(a)(1), 841(b)(1)(C), and 846 in satisfaction of the filed Information alleging a violation of 21 U.S.C. § 841(a)(1), 841(b)(1)(A), and 846. Because I require adequate time to translate the agreement to Spanish and review it with Mr. Arias (who does not speak English), and to allow Mr. Arias sufficient time to consider the plea and consult with the Federal Defenders' Immigration Specialist regarding its terms, I respectfully submit that a brief adjournment of the May 3, 2023, conference is appropriate. The Government concurs.

    I thank the Court for its consideration of this application.

Respectfully Submitted,

*/s/ Andrew John Dalack*
Andrew John Dalack, Esq.
Assistant Federal Defender
Tel: (646) 315-1527

The conference is adjourned to May 5, 2023 at 10:00 a.m. The Clerk of Court is requested to terminate the motion at Dkt. No. 30.                        SO ORDERED.                4/28/2023

*/s/ Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge