# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

**Barry D. Leiwant**
*Interim Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

January 3, 2024

**By ECF**
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

Re: <u>United States v Edwin Manon Arias</u>
22 Cr. 495 (PAE)

Dear Judge Engelmayer:

I write to respectfully request that the Court extend Mr. Arias's surrender date by 30 days, from January 8, 2024, to February 8, 2024. The government does not oppose this application. The parties have not yet received Mr. Arias's designation from the Bureau of Prisons, and additional time is needed to obtain the designation and allow Mr. Arias to make the arrangements necessary to travel to the facility. An extension is also warranted because Mr. Arias requires additional time to get his affairs in order, including to wind down his responsibilities at his job so that he can best ensure that the position will remain available to him upon completion of his four-month sentence of imprisonment.

I thank the Court for its time and consideration of this application.

Respectfully Submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender
Tel: (646) 315-1527

cc: AUSA Brandon Harper

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 47.

SO ORDERED.

1/4/2024

PAUL A. ENGELMAYER
United States District Judge